VAN COTT, BAGLEY, CORNWALL & McCARTHY
Stephen K. Christiansen (6512)
50 South Main Street, Suite 1600
P. O. Box 45340
Salt Lake City, Utah 84145
Telephone: (801) 532-3333

Attorneys for Plaintiff PurCo Fleet Services, Inc.

FILED
U.S. DISTRICT COURT

2005 MAY -4  P 4: 05

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| PURCO FLEET SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CORPORATE CLAIMS MANAGEMENT, INC., <br><br> Defendant. | **STIPULATION FOR DISMISSAL** <br><br> Civil No. 2:04CV00371 <br><br> Honorable Tena Campbell |

The parties to this action, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to dismissal of this action with prejudice. Each party shall bear its own attorney's fees and costs.

DATED this 4th day of May, 2005.

VAN COTT, BAGLEY, CORNWALL & McCARTHY

By: _____
Stephen K. Christiansen
*Attorneys for Plaintiff*

311924v.1

DATED this 4th day of May, 2005.

PARR WADDOUPS BROWN GEE & LOVELESS

By: _____
Robert S. Clark
*Attorneys for Defendant*